ORIGINAL

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

EDRIC M. CHING 6697
Assistant U.S. Attorneys
Att: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, HI 96850
Telephone: (808) 541-2850
Fax:       (808) 541-3752
Email:     edric.ching@usdoj.Gov

Attorneys for the Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 08 2007
at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

LODGED
NOV 02 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In Re: ) | |
| ) | |
| Seizure of $200,029.44 in ) | MISC. NO. 04-00143 HG LEK |
| United States Currency in ) | |
| Central Pacific Bank Account ) | EX PARTE MOTION FOR RELEASE |
| No. 40454543 in the Name of ) | OF SEIZED MONIES; DECLARATION |
| Paul J. Sulla, Jr. Client ) | OF EDRIC M. CHING, EXHIBITS |
| Trust Account ) | "A", "B" and "C"; ORDER |
| ) | |
| _____ ) | |

EX PARTE MOTION FOR RELEASE OF SEIZED MONIES

COMES NOW the UNITED STATES OF AMERICA, by and through its undersigned counsel, and hereby moves the Court, ex parte, for an Order to release the sum of $200,029.44 plus accrued interest in United States currency that was seized and is being held at the Clerk, U.S. District Court's registry, to apply toward Royal Lamarr Hardy's ("Hardy") restitution and cost of prosecution debts and toward the restitution as to Ursula Supnet

("Supnet") pursuant to the respective criminal Judgments entered against Hardy and Supnet.

In support of this Motion, the United States of America has attached the Declaration of EDRIC M. CHING and Exhibits "A", "B" and "C".

DATED: October 31, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
Edric M. Ching
Assistant U.S. Attorney

Attorneys for United States of America