IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In Re: ) | |
| ) | |
| Seizure of $200,029.44 in ) | MISC. NO. 04-00143 HG LEK |
| United States Currency in ) | |
| Central Pacific Bank Account ) | ORDER |
| No. 40454543 in the Name of ) | |
| Paul J. Sulla, Jr. Client ) | |
| Trust Account ) | |
| _____ ) | |

ORDER

Upon full consideration of United States of America's Ex Parte Motion For Release of Seized Monies, and being otherwise fully advised of the premises hereof,

IT IS ORDERED that United States of America's Ex Parte Motion for Release of Seized Monies be granted. The sum of $200,029.44 plus accrued interests is released and is to be applied toward Royal Lamarr Hardy's ("Hardy") restitution and cost of prosecution debts and toward the restitution as to Ursula Supnet ("Supnet") pursuant to the respective criminal judgments entered against Hardy and Supnet in United States v. Hardy/Supnet, Cr. No. 02-00133-001/Cr. No. 02-00133-002 in the United States District Court for the District of Hawaii.

Dated   11·7·07   at Honolulu, Hawaii

APPROVED AND SO ORDERED:

_____
HELEN GILLMOR
Chief United States District Judge